UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20859-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TAHMEED AHMAD,

    Defendant.
_____/

## ORDER OF TRANSFER TO CLERK

The above-styled cause is hereby transferred to the Clerk's suspended file until such time as the defendant is found competent.

DONE and ORDERED in Miami-Dade County Florida, this 29th day of May, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE